United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-10155-mdc
John Thomas Quirk                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi              Page 1 of 1              Date Rcvd: Feb 03, 2020
                         Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2020.
db             +John Thomas Quirk,    415 Dorrance Street,    Bristol, PA 19007-3902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2020 at the address(es) listed below:
      PAUL GREGORY LANG    on behalf of Debtor John Thomas Quirk paulgregorylang@yahoo.com,
       lesliebrown.paralegal@gmail.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr.Cooper
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                 TOTAL: 4

**Paul Gregory Lang, Esquire**
**Parlow & Lang, PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**
**215-639-4400**
**Email: Paulgregorylang@yahoo.com**

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **IN RE: John Thomas Quirk** | : CHAPTER 13 |
|---|---|
| | : |
| **Debtor s** | : BANKRUPTCY NO. **20-10155 mdc** |
| | : JUDGE: MDC |
| | : |

ORDER

AND NOW, this ___3rd___ day of ___February___, 2020, Upon consideration of the Motion for an Extension of Time filed by Paul Gregory Lang, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an additional fourteen (14) days or until **February 18, 2020** to file the Debtors Chapter 13 Schedules, Statement of Financial Affairs, Means Test, Chapter 13 plan and sixty (60) days prior to filing of pay advices.

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

**Copies to:**

**Paul Gregory Lang, Esquire**
**Parlow & Lang, PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**

**U.S. Trustee's Office**
**833 Chestnut Street Suite 500**
**Philadelphia, PA 19107**

**John Thomas Quirk**
**415 Dorrance Street**
**Bristol PA 19007**

**William Miller**
**Chapter 13 Trustee**
**1234 Market Street Suite 1813**
**Philadelphia, PA 19107**