Certificate Number: 17572-PAE-DE-034088436

Bankruptcy Case Number: 20-10155



17572-PAE-DE-034088436

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 13, 2020, at 9:30 o'clock AM PST, John T Quirk completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 13, 2020         By:   /s/Leigh-Anna M Thompson

Name:   Leigh-Anna M Thompson

Title:   Counselor