**Paul Gregory Lang, Esquire**
**Parlow & Lang, PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**
**215-639-4400**
**Email: Paulgregorylang@yahoo.com**

### U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**IN RE: John Thomas Quirk**     : CHAPTER 13
    :
**Debtor s**     : BANKRUPTCY NO. 20-10155 mdc
    : JUDGE: MDC
_____ : _____

### ORDER

AND NOW, this __24th__ day of __February__, 2020, Upon consideration of the Motion for an Extension of Time filed by Paul Gregory Lang, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an additional seven (7) days or until February 25, 2020 to file the Debtors Chapter 13 Schedules, Statement of Financial Affairs, Means Test, Chapter 13 plan and sixty (60) days prior to filing of pay advices.

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**

**Copies to:**

**Paul Gregory Lang, Esquire**
**Parlow & Lang, PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**

**U.S. Trustee's Office**
**833 Chestnut Street Suite 500**
**Philadelphia, PA 19107**

**John Thomas Quirk**

**415 Dorrance Street**

**Bristol PA 19007**

**William Miller**

**Chapter 13 Trustee**

**1234 Market Street Suite 1813**
**Philadelphia, PA 19107**