**Employee**
John Quirk, 415 Dorrance Street, Bristol, PA 19007

**SSN:** ***-**-2221
**Status (Fed/State):** Single/Withhold
**Pay Period:** 10/28/2019 - 11/01/2019

**Allowances/Extra**
Fed-0/0/PA-0/0
**Pay Date:** 11/05/2019

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Siding Installation | 32:00 | 28.50 | 912.00 | 11,818.00 |
| Roofing Installation | | | 0.00 | 9,049.00 |
| | 32:00 | | 912.00 | 20,867.00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Welfare Fund | 81.36 | 5,477.70 |
| Pension Fund | 58.32 | 3,922.02 |
| Annuity Fund | 24.00 | 1,510.00 |
| Industry Fund | 2.80 | 188.30 |
| Apprenticeship Fund | 0.48 | 26.04 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NR CWT | -31.92 | -730.34 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -105.00 | -2,184.00 |
| Social Security Employee | -56.54 | -1,293.75 |
| Medicare Employee | -13.22 | -302.57 |
| PA - Withholding | -28.00 | -640.63 |
| PA - Unemployment Employee | -0.55 | -12.52 |
| | -235.23 | -5,163.81 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Union Fund | -9.84 | -653.42 |
| Vacation Fund | -5.84 | -392.74 |
| Political Action & Edu Fund | -0.80 | -53.80 |
| | -16.48 | -1,099.96 |

**Net Pay** 660.29 14,603.23

MD Roofing & Siding LLC, 3027 Almond St., Philadelphia, PA 19134

Powered by Intuit Payroll

---

# M. D. ROOFING AND SIDING, LLC

11158

**Employee**
John Quirk, 415 Dorrance Street, Bristol, PA 19007

**SSN:** ***-**-2221
**Status (Fed/State):** Single/Withhold
**Pay Period:** 11/04/2019 - 11/08/2019

**Allowances/Extra**
Fed-0/0/PA-0/0
**Pay Date:** 11/12/2019

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Siding Installation | 24:00 | 28.50 | 684.00 | 12,502.00 |
| Roofing Installation | | | 0.00 | 9,049.00 |
| | 24:00 | | 684.00 | 21,551.00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Welfare Fund | 81.36 | 5,559.06 |
| Pension Fund | 58.32 | 3,980.34 |
| Annuity Fund | 24.00 | 1,534.00 |
| Industry Fund | 2.80 | 191.10 |
| Apprenticeship Fund | 0.48 | 26.52 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NR CWT | -23.94 | -754.28 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -70.00 | -2,254.00 |
| Social Security Employee | -42.41 | -1,336.16 |
| Medicare Employee | -9.92 | -312.49 |
| PA - Withholding | -21.00 | -661.63 |
| PA - Unemployment Employee | -0.41 | -12.93 |
| | -167.68 | -5,331.49 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Union Fund | -9.84 | -663.26 |
| Vacation Fund | -5.84 | -398.58 |
| Political Action & Edu Fund | -0.80 | -54.60 |
| | -16.48 | -1,116.44 |

**Net Pay** 499.84 15,103.07

MD Roofing & Siding LLC, 3027 Almond St., Philadelphia, PA 19134

Powered by Intuit Payroll

---

# M. D. ROOFING AND SIDING, LLC

11173

**Employee**
John Quirk, 415 Dorrance Street, Bristol, PA 19007

**SSN:** ***-**-2221
**Status (Fed/State):** Single/Withhold
**Pay Period:** 11/11/2019 - 11/15/2019

**Allowances/Extra**
Fed-0/0/PA-0/0
**Pay Date:** 11/19/2019

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Siding Installation | 32:00 | 28.50 | 912.00 | 13,414.00 |
| Roofing Installation | | | 0.00 | 9,049.00 |
| | 32:00 | | 912.00 | 22,463.00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Welfare Fund | 81.36 | 5,640.42 |
| Pension Fund | 58.32 | 4,038.66 |
| Annuity Fund | 24.00 | 1,558.00 |
| Industry Fund | 2.80 | 193.90 |
| Apprenticeship Fund | 0.48 | 27.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NR CWT | -31.92 | -786.20 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -105.00 | -2,359.00 |
| Social Security Employee | -56.55 | -1,392.71 |
| Medicare Employee | -13.22 | -325.71 |
| PA - Withholding | -28.00 | -689.63 |
| PA - Unemployment Employee | -0.55 | -13.48 |
| | -235.24 | -5,566.73 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Union Fund | -9.84 | -673.10 |
| Vacation Fund | -5.84 | -404.42 |
| Political Action & Edu Fund | -0.80 | -55.40 |
| | -16.48 | -1,132.92 |

**Net Pay** 660.28 15,763.35

MD Roofing & Siding LLC, 3027 Almond St., Philadelphia, PA 19134

Powered by Intuit Payroll

John Quirk, 415 Dorrance Street, Bristol, PA 19007

SSN ***-**-2721  
Status (Fed/State): Single/Withhold  
Pay Period: 11/18/2019 - 11/22/2019  
Allowances/Extra: Exempt/Main  
Pay Date: 11/26/2019

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Roofing Installation | 16:00 | 28.50 | 456.00 | 9,505.00 |
| Siding Installation | | | 0.00 | 13,414.00 |
| | 16:00 | | 456.00 | 22,919.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NR CWT | -15.96 | -802.16 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -42.00 | -2,401.00 |
| Social Security Employee | -28.27 | -1,420.98 |
| Medicare Employee | -6.62 | -332.33 |
| PA - Withholding | -14.00 | -703.63 |
| PA - Unemployment Employee | -0.27 | -13.75 |
| | -107.12 | -5,673.85 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Union Fund | -9.84 | -682.94 |
| Vacation Fund | -5.84 | -410.26 |
| Political Action & Edu Fund | -0.80 | -56.20 |
| | -16.48 | -1,149.40 |

Net Pay: 332.40  16,095.75

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Welfare Fund | 81.36 | 5,721.78 |
| Pension Fund | 58.32 | 4,096.98 |
| Annuity Fund | 24.00 | 1,582.00 |
| Industry Fund | 2.80 | 196.70 |
| Apprenticeship Fund | 0.48 | 27.48 |

MD Roofing & Siding LLC, 3027 Almond St., Philadelphia, PA 19134

Powered by Intuit Payroll

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|
| John Quirk, 415 Dorrance Street, Bristol, PA 19007 | | | | | ***-**-2221 | Single/Withhold | Fed-0/0/PA-0/0 | |
| | | | | | Pay Period: 11/25/2019 - 11/29/2019 | | Pay Date: 12/03/2019 | |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | | |
| Roofing Installation | 32:00 | 28.50 | 912.00 | 10,417.00 | | | | |
| Siding Installation | | | 0.00 | 13,414.00 | Non-taxable Company Items | | Current | YTD Amount |
| | 32:00 | | 912.00 | 23,831.00 | Welfare Fund | | 81.36 | 5,803.14 |
| | | | | | Pension Fund | | 58.32 | 4,155.30 |
| Taxes | | | Current | YTD Amount | Annuity Fund | | 24.00 | 1,606.00 |
| NR CWT | | | -31.92 | -834.08 | Industry Fund | | 2.80 | 199.50 |
| Medicare Employee Addl Tax | | | 0.00 | | Apprenticeship Fund | | 0.48 | 27.96 |
| Federal Withholding | | | -105.00 | -2,506.00 | | | | |
| Social Security Employee | | | -56.54 | -1,477.52 | | | | |
| Medicare Employee | | | -13.22 | -345.55 | | | | |
| PA - Withholding | | | -28.00 | -731.63 | | | | |
| PA - Unemployment Employee | | | -0.55 | -14.30 | | | | |
| | | | -235.23 | -5,909.08 | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | | |
| Union Fund | | | -9.84 | -692.78 | | | | |
| Vacation Fund | | | -5.84 | -416.10 | | | | |
| Political Action & Edu Fund | | | -0.80 | -57.00 | | | | |
| | | | -16.48 | -1,165.88 | | | | |
| Net Pay | | | 660.29 | 16,756.04 | | | | |

MD Roofing & Siding LLC, 3027 Almond St., Philadelphia, PA 19134

Powered by Intuit Payroll

---

## M. D. ROOFING AND SIDING, LLC

11217

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|
| John Quirk, 415 Dorrance Street, Bristol, PA 19007 | | | | | ***-**-2221 | Single/Withhold | Fed-0/0/PA-0/0 | |
| | | | | | Pay Period: 12/02/2019 - 12/07/2019 | | Pay Date: 12/10/2019 | |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | | |
| Roofing Installation | 16:00 | 28.50 | 456.00 | 10,873.00 | | | | |
| Siding Installation | | | 0.00 | 13,414.00 | Non-taxable Company Items | | Current | YTD Amount |
| | 16:00 | | 456.00 | 24,287.00 | Welfare Fund | | 81.36 | 5,884.50 |
| | | | | | Pension Fund | | 58.32 | 4,213.62 |
| Taxes | | | Current | YTD Amount | Annuity Fund | | 24.00 | 1,630.00 |
| NR CWT | | | -15.96 | -850.04 | Industry Fund | | 2.80 | 202.30 |
| Medicare Employee Addl Tax | | | 0.00 | | Apprenticeship Fund | | 0.48 | 28.44 |
| Federal Withholding | | | -42.00 | -2,548.00 | | | | |
| Social Security Employee | | | -28.27 | -1,505.79 | | | | |
| Medicare Employee | | | -6.61 | -352.16 | | | | |
| PA - Withholding | | | -14.00 | -745.63 | | | | |
| PA - Unemployment Employee | | | -0.27 | -14.57 | | | | |
| | | | -107.11 | -6,016.19 | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | | |
| Union Fund | | | -9.84 | -702.62 | | | | |
| Vacation Fund | | | -5.84 | -421.94 | | | | |
| Political Action & Edu Fund | | | -0.80 | -57.80 | | | | |
| | | | -16.48 | -1,182.36 | | | | |
| Net Pay | | | 332.41 | 17,088.45 | | | | |

MD Roofing & Siding LLC, 3027 Almond St., Philadelphia, PA 19134

Powered by Intuit Payroll

---

## M. D. ROOFING AND SIDING, LLC

11239

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|
| John Quirk, 415 Dorrance Street, Bristol, PA 19007 | | | | | ***-**-2221 | Single/Withhold | Fed-0/0/PA-0/0 | |
| | | | | | Pay Period: 12/16/2019 - 12/20/2019 | | Pay Date: 12/23/2019 | |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | | |
| Roofing Installation | 20:00 | 28.50 | 570.00 | 11,443.00 | | | | |
| Siding Installation | | | 0.00 | 13,414.00 | Non-taxable Company Items | | Current | YTD Amount |
| | 20:00 | | 570.00 | 24,857.00 | Welfare Fund | | 81.36 | 5,965.86 |
| | | | | | Pension Fund | | 58.32 | 4,271.94 |
| Taxes | | | Current | YTD Amount | Annuity Fund | | 24.00 | 1,654.00 |
| NR CWT | | | -19.95 | -869.99 | Industry Fund | | 2.80 | 205.10 |
| Medicare Employee Addl Tax | | | 0.00 | | Apprenticeship Fund | | 0.48 | 28.92 |
| Federal Withholding | | | -56.00 | -2,604.00 | | | | |
| Social Security Employee | | | -35.34 | -1,541.13 | | | | |
| Medicare Employee | | | -8.27 | -360.43 | | | | |
| PA - Withholding | | | -17.50 | -763.13 | | | | |
| PA - Unemployment Employee | | | -0.34 | -14.91 | | | | |
| | | | -137.40 | -6,153.59 | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | | |
| Union Fund | | | -9.84 | -712.46 | | | | |
| Vacation Fund | | | -5.84 | -427.78 | | | | |
| Political Action & Edu Fund | | | -0.80 | -58.60 | | | | |
| | | | -16.48 | -1,198.84 | | | | |
| Net Pay | | | 416.12 | 17,504.57 | | | | |

MD Roofing & Siding LLC, 3027 Almond St., Philadelphia, PA 19134

Powered by Intuit Payroll

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| John Quirk, 415 Dorrance Street, Bristol, PA 19007 | | | | | ***-**-2221 | Single/Withhold | Fed: 0/PA Main |
| | | | | | Pay Period: 12/23/2019 - 12/27/2019 | | Pay Date: 12/30/2019 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Roofing Installation | 12:00 | 28.50 | 342.00 | 11,785.00 |
| Siding Installation | | | 0.00 | 13,414.00 |
| | 12:00 | | 342.00 | 25,199.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NR CWT | -11.97 | -881.96 |
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -29.00 | -2,633.00 |
| Social Security Employee | -21.21 | -1,562.34 |
| Medicare Employee | -4.96 | -365.39 |
| PA - Withholding | -10.50 | -773.63 |
| PA - Unemployment Employee | -0.21 | -15.12 |
| | -77.85 | -6,231.44 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Union Fund | -9.84 | -722.30 |
| Vacation Fund | -5.84 | -433.62 |
| Political Action & Edu Fund | -0.80 | -59.40 |
| | -16.48 | -1,215.32 |

| Net Pay | 247.67 | 17,752.24 |
|---|---|---|

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Welfare Fund | 81.36 | 6,047.22 |
| Pension Fund | 58.32 | 4,330.26 |
| Annuity Fund | 24.00 | 1,678.00 |
| Industry Fund | 2.80 | 207.90 |
| Apprenticeship Fund | 0.48 | 29.40 |

MD Roofing & Siding LLC, 3027 Almond St., Philadelphia, PA 19134

Powered by Intuit Payroll