# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                               Chapter 13

                               Bankruptcy No. 20-10155-MDC

JOHN THOMAS QUIRK

415 DORRANCE STREET

BRISTOL, PA 19007-

         Debtor

## CERTIFICATE OF SERVICE

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

    Debtor(s), at the address listed, by first class mail.

     JOHN THOMAS QUIRK

     415 DORRANCE STREET

     BRISTOL, PA 19007-

Counsel for debtor(s), by electronic notice only.

     PAUL GREGORY LANG
     GALLANT AND PARLOW , PC
     3618 HULMEVILLE RD
     BENSALEM, PA 19020-

                                     /S/ William C. Miller

Date: 4/23/2020                        _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee