**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOHN THOMAS QUIRK | Chapter 13 |
| Debtor | Bankruptcy No. 20-10155-MDC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

May 28, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL GREGORY LANG
GALLANT AND PARLOW , PC
3618 HULMEVILLE RD
BENSALEM, PA 19020-

Debtor:
JOHN THOMAS QUIRK

415 DORRANCE STREET

BRISTOL, PA 19007-