```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
```

In re:                                                                  Case No. 20-10155-mdc
John Thomas Quirk                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi                Page 1 of 2                  Date Rcvd: May 28, 2020
                              Form ID: pdf900            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
```
db              +John Thomas Quirk,    415 Dorrance Street,    Bristol, PA 19007-3902
14480470        +CREDIT FIRST NA,    po box 818011,    CLEVELAND, OH 44181-8011
14449905         Capital One Bank,    PO Box 30281,    Eden, UT 84310
14449907        +Credit First,    PO Box 81315,    Cleveland, OH 44181-0315
14449908        +JC Penney,    PO Box 15369,    Wilmington, DE 19850-5369
14465965        +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
14495465        +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                  Oklahoma City, OK 73118-6051
14470943        +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
14449909        +Midland Credit Managment,    320 East Big Beaver,    Troy, MI 48083-1271
14475042        +Nationstar Mortgage LLC dba Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14451831        +Nationstar Mortgage, LLC d/b/a Mr.Cooper,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14449910        +Nationstar/Mr. Cooper,    350 Highland,    Houston, TX 77009-6623
14449912        +WF/Bobs Finance,    PO Box 14517,    Des Moines, IA 50306-3517
14466096         Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov May 29 2020 05:05:44     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2020 05:05:24
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 29 2020 05:05:41     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14449903         E-mail/Text: ally@ebn.phinsolutions.com May 29 2020 05:05:09     Ally Financial,    PO Box,
                  Minneapolis, MN 55438
14466653         E-mail/Text: ally@ebn.phinsolutions.com May 29 2020 05:05:09     Ally Financial,
                  PO Box 130424,    Roseville, MN 55113-0004
14449904        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2020 05:27:01     Capital One,
                  PO Box 30281,    Salt Lake City, UT 84130-0281
14465465        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2020 05:25:20
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14449906        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 05:25:51     Care Credit,    PO Box 965036,
                  Orlando, FL 32896-5036
14449911         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 05:25:00
                  Portfolio Recovery Associates,    120 Corporate Blvd., Suite 100,    Norfolk, VA 23502
14466115         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 05:27:04
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14454420         E-mail/Text: bnc-quantum@quantum3group.com May 29 2020 05:05:19
                  Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                  Kirkland, WA  98083-0788
                                                                                               TOTAL: 11
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Randi                  Page 2 of 2                   Date Rcvd: May 28, 2020
                               Form ID: pdf900              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              PAUL GREGORY LANG    on behalf of Debtor John Thomas Quirk paulgregorylang@yahoo.com,
               lesliebrown.paralegal@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr.Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                  TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> JOHN THOMAS QUIRK | Chapter 13 |
| Debtor | Bankruptcy No. 20-10155-MDC |

# ORDER

  **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

May 28, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL GREGORY LANG
GALLANT AND PARLOW , PC
3618 HULMEVILLE RD
BENSALEM , PA 19020-

Debtor:
JOHN THOMAS QUIRK

415 DORRANCE STREET

BRISTOL, PA 19007-